

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00271-CR

**STEPHANIE OLIVAREZ,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 54th District Court
McLennan County, Texas
Trial Court No. 2019-793-C2

## MEMORANDUM OPINION

Stephanie Olivarez appealed her conviction for sexual assault of a child. By letter dated October 22, 2024, the Clerk of this Court notified Olivarez that it appeared the trial court had granted Olivarez a new trial, and the appeal was moot. In the same letter, the Clerk warned Olivarez that the Court would dismiss the appeal unless, within seven days from the date of the letter, a response was filed showing grounds for continuing the appeal. More than seven days have passed, and Olivarez has not responded.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Smith, and
          Justice Rose[1]
Appeal dismissed
Opinion delivered and filed November 14, 2024
Do not publish
[CR25]



---

[1] The Honorable Jeff Rose, Senior Chief Justice (Retired) of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.